# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHERYL L. CROM  
7921 ELM AVENUE  
MACHESNEY PARK, IL  61115

SSN-xxx-xx-5019

Case Number: 05-73580

Case filed on: 7/15/2005  
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,600.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | CHERYL L. CROM | 0.00 | 0.00 | 381.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 381.84 | 0.00 |
| 001 | WELLS FARGO AUTO FINANCE | 6,800.00 | 6,800.00 | 6,800.00 | 1,126.75 |
| 005 | SAMUEL RODENBECK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,800.00 | 6,800.00 | 6,800.00 | 1,126.75 |
| 001 | WELLS FARGO AUTO FINANCE | 4,474.78 | 447.48 | 447.48 | 0.00 |
| 002 | ABC CASH N GO | 650.00 | 65.00 | 65.00 | 0.00 |
| 003 | CASH BOX | 447.65 | 44.77 | 44.77 | 0.00 |
| 004 | F.N.B.M. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 616.97 | 61.70 | 61.70 | 0.00 |
| 007 | ACCOUNT RECOVERY SERVICES INC | 1,040.00 | 104.00 | 104.00 | 0.00 |
| 008 | CAPITAL ONE BANK | 659.00 | 65.90 | 65.90 | 0.00 |
| 009 | FIGI'S INC | 184.00 | 18.40 | 18.40 | 0.00 |
| 010 | ACCOUNT RECOVERY SERVICES INC | 1,040.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,112.40 | 807.25 | 807.25 | 0.00 |
|  | Grand Total: | 18,612.40 | 10,307.25 | 10,689.09 | 1,126.75 |

Total Paid Claimant: $11,815.84  
Trustee Allowance: $784.16  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009         By  /s/Heather M. Fagan